IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESSE LEE HARRIS,<br><br>Defendant. | CASE NO. 2:17-CR-0017-KJM<br><br>ORDER TO DISMISS CHARGE THREE OF THE PETITION TO REVOKE SUPERVISED RELEASE<br><br>DATE: August 13, 2018<br>TIME: 9:30 a.m.<br>COURT: Hon. Kimberly J. Mueller |

## **ORDER**

Based on the parties' agreement and the United States' Motion to Dismiss, it is HEREBY ORDERED that Charge Three of the Petition for Warrant or Summons for Offender Under Release (Docket No. 4) against Jesse Lee Harris is dismissed.

Dated: August 13, 2018

_____
UNITED STATES DISTRICT JUDGE